

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Dataurus Denzell Gotcher, Appellant<br><br>No. 06-13-00177-CR  v.<br><br>The State of Texas, Appellee | Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1323177). Opinion delivered by Chief Justice Morriss, Justice Carter participating, Justice Moseley, Dissenting Opinion |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Dataurus Denzell Gotcher, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED J UNE 10, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk